NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MISSISSIPPI COUNTY, MISSOURI,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2017-2015

_____

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00477-PEC, Judge Patricia E. Campbell-Smith.

_____

**JUDGMENT**

_____

JOHN STEFFENS, The Limbaugh Firm, Cape Girardeau, MO, for plaintiff-appellant.

MARK R. HAAG, Environment and Natural Resources Division, United States Department of Justice, Washington, DC, for defendant-appellee. Also represented by JEFFREY H. WOOD, ERIKA KRANZ.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 9, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |